NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**DIVIX GOLF, INC.,**
*Plaintiff-Appellee,*

**v.**

**JEFFREY P. MOHR AND REMEDY GOLF, INC.,**
*Defendants,*

AND

**BANDWAGON, INC.,**
*Defendant-Appellant,*

AND

**DIANA SARCOZ AND FELIX HOANG,**
*Defendants.*

_____

2012-1235

_____

Appeal from the United States District Court for the Southern District of California in No. 05-CV-1488, Judge John A. Houston.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DIVIX GOLF, INC.,**
*Plaintiff-Appellee,*

**v.**

**JEFFREY P. MOHR** AND **REMEDY GOLF, INC.,**
*Defendants-Appellants,*

AND

**BANDWAGON, INC.,**
*Defendant,*

AND

**DIANA SARCOZ** AND **FELIX HOANG,**
*Defendants.*

———————————

2012-1236

———————————

Appeal from the United States District Court for the Southern District of California in No. 05-CV-1488, Judge John A. Houston.

———————————

**O R D E R**

Pursuant to this court's December 30, 2013 order, Bandwagon, Inc. ("Bandwagon") and Divix Golf, Inc. ("Divix") filed status reports indicating that Bandwagon and Divix have stipulated to dismissal of Bandwagon's appeal (2012-1235). Jeffrey P. Mohr and Remedy Golf, Inc. have not filed status reports.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  2012-1235 is dismissed.  Each side shall bear its own costs in 2012-1235.

(2)  Absent a status report from Jeffrey P. Mohr and Remedy Golf, Inc. within 14 days of the date of this order, 2012-1236 will be dismissed for want of prosecution.

(3)  The revised official caption in 2012-1236 has been reflected above.


FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


ISSUED AS A MANDATE (As To 12-1235 Only):
March 6, 2014


s30